FILED
JAMES BOHINI
CLERK

2009 JUN 23 PM 1:49

U.S DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

KEITH SULEK,                    :

    Petitioner,                 :

                                                       Case No. 3:06cv00238

                                        :

vs.                             :         District Judge Walter Herbert Rice

                                        :         Magistrate Judge Sharon L. Ovington

TIM BRUNSMAN, Warden,
Lebanon Correctional Institution,    :

    Respondent.                 :

---

**DECISION AND ENTRY ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS FILED ON JUNE 4, 2009 (Doc. #8); DENYING AND DISMISSING KEITH SULEK'S PETITION FOR WRIT OF HABEAS CORPUS (Doc. #1); DENYING AS MOOT PETITIONER'S MOTION FOR WRIT OF MANDAMUS (Doc. #9); AND TERMINATING THIS CASE ON THE DOCKET OF THE COURT**

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS**

in full said Report and Recommendations.

It is therefore **ORDERED** that:

1.     The Report and Recommendations filed on June 4, 2009 (Doc. #8) is ADOPTED in full;

2.     Keith Sulek's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED and DISMISSED;

3.      Petitioner's Motion for Writ of Mandamus (Doc. #9) is DENIED as moot; and

4.      This case is terminated on the docket of the Court.

_____

Walter Herbert Rice
United States District Judge
